

# NUMBER 13-17-00319-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE MATTER OF D.M., A CHILD

---

**On appeal from the 449th District Court
of Hidalgo County, Texas.**

---

# ORDER ABATING APPEAL

### Before Justices Rodriguez, Benavides, and Longoria
### Order Per Curiam

This is an interlocutory appeal from an order certifying D.M., a juvenile, to stand trial as an adult. *See* TEX. FAM. CODE ANN. § 54.02 (West, Westlaw through 2017 1st C.S.). Appeals from orders transferring a child for prosecution as an adult are accelerated and handled in an expedient manner by the appellate courts. *See id.* § 56.01(c), (h-1) (West, Westlaw through 2017 1st C.S.); *see also Order Accelerating Juvenile Certification Appeals and Requiring Juvenile Courts to Give Notice of the Right to An Immediate Appeal*, TEXAS SUPREME COURT, Misc. Docket No. 15-9156 (Tex. 2015),

http://www.txcourts.gov/media/1055398/159156.pdf (mandating that courts of appeals ensure, as reasonably possible, that juvenile certification appeals are brought to final disposition within 180 days of the date the notice of appeal is filed).

Appellant filed his notice of appeal in this case on June 14, 2017. Thus, pursuant to the order issued by the Texas Supreme Court, this Court must dispose of this appeal by December 11, 2017.

On October 30, 2017, the day appellant's brief was due to this Court, appellant's appointed counsel O. Rene Flores filed a motion for extension of time to file the appellate brief in this matter, citing other commitments in two pending murder trials in Hidalgo County. His motion for extension of time requested an extension of 90 days, putting the brief's new due date well-passed this Court's 180-day deadline to dispose of this appeal.

We have a duty to ensure that appellant's rights are protected. Accordingly, we DENY counsel's motion for extension of time and ABATE and REMAND this matter to the trial court with instructions to remove O. Rene Flores as counsel for appellant due to his scheduling conflict, and appoint new appellate counsel in his place for this appeal only. In exercising its discretion in appointing new counsel, we urge the trial court to take into consideration the time-sensitive nature of this appeal, as well as the volume of the record. The trial court shall hold a hearing appointing new counsel on or before the expiration of ten (10) days from the date of this order. In its order appointing new counsel, the name, address, telephone number, and state bar number of newly appointed counsel shall be included in the order of appointment. Furthermore, the trial court shall cause its order to be included in a supplemental clerk's record to be filed with the Clerk of this Court within seven days of the new appointment.

Appellant's brief will be due within twenty days from the date of the trial court's order of appointment.   The Court will look with disfavor upon any extension of time to file the brief in this matter.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
31st day of October, 2017.